1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TARA I. ALLEN, Bar #235549
   Staff Attorney
3  ROGER S. DOYLE
   Certified Law Student
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   THOMAS FRANCIS FAY III
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
   UNITED STATES OF AMERICA,    )  NO.  06-MJ-0203 DAD
13                              )
              Plaintiff,        )  STIPULATION AND ORDER
14                              )
       v.                       )  Date:  October 31, 2006
15                              )  Time:  10:00 a.m.
   THOMAS FRANCIS FAY III,      )  Judge: Honorable Dale A. Drozd
16                              )
              Defendant.        )
17                              )
   _____ )
18

19     The United States of America, through MATTHEW C. STEGMAN,

20  Assistant United States Attorney, together with defendant, THOMAS

21  FRANCIS FAY III, by and through his counsel TARA I. ALLEN of the

22  Federal Defenders Office, stipulate that the court trial set for

23  October 11, 2006 be continued to October 25, 2006 at 9:00 a.m.

24     Counsel recently received additional discovery on October 2, 2006

25  from the defendant and needs time to review this discovery and submit

26  motions in limine.

27  /////

28  /////

The Speedy Trial Act does not apply in this case.  Therefore, time does not need to be excluded.

Dated: October 3, 2006

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Tara I. Allen
                                          _____
                                          TARA I. ALLEN
                                          Staff Attorney
                                          Attorney for Defendant
                                          THOMAS FRANCIS FAY III

Dated:  October 3, 2006           MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew Stegman
                                          _____
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

**O R D E R**

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice are served by granting this continuance to allow the defendant sufficient time to prepare a defense.  Because October 25, 2006, is not available date on the court's calendar, after consultation with the parties IT IS HEREBY ORDERED that the court trial is now set for **October 31, 2006 at 10:00 a.m.**

DATED: October 3, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/fay0203.stipord

2