1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, BAR #214897
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorneys for Defendant
   THOMAS FRANCIS FAY, III

7

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      )  No. Mag. 06-0203-DAD
                                  )
12            Plaintiff,          )
                                  )  STIPULATION AND ORDER
13       v.                       )
                                  )
14 THOMAS FRANCIS FAY, III,       )
                                  )  Judge: Hon. Dale A. Drozd
15            Defendant.          )
                                  )
16 _____  )

17

18       The United States of America, through MATTHEW C. STEGMAN, Assistant
19 United States Attorney, together with defendant, THOMAS FRANCIS FAY, III,
20 by and through his counsel BEN GALLOWAY, Staff Attorney of the Federal
21 Defender's Office, stipulate that the nine week parenting class and the
22 three month first offender program provided to the government will
23 satisfy the courts judgment of enrolling and participating in a first
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

offender alcohol education and counseling program and the child abuser's treatment program.

Dated:  April 3, 2008

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender


                                            /s/ Lexi Negan for
                                            _____
                                            BEN GALLOWAY
                                            Staff Attorney
                                            Attorney for Defendant
                                            THOMAS FAY III


Dated: April 3, 2008                      McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Matthew Stegman
                                            _____
                                            MATTHEW STEGMAN
                                            Assistant U.S. Attorney

**O R D E R**

    IT IS SO ORDERED.

DATED: April 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/fay0203.stipord(2)