IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

THOMAS FRANCIS FAY, III,

        Defendant.
_____/

NO.  06-MJ-0203 DAD

ORDER

        On October 7, 2008, the court sentenced the defendant to serve six days of intermittent confinement. At that time the court ordered that the defendant self-surrender to the U.S. Marshal by 12:00 p.m. on November 21, 2008, if the U.S. Bureau of Prisons (BOP) did not designate an institution and surrender date before that date. No institution was designated by BOP and the defendant surrendered on November 21, 2008, as instructed. The court has been advised that no bed space is available to house the defendant in the Sacramento County Jail at this time. Accordingly, the court will direct the U.S.

1

1 Marshal to release the defendant at the close of business today and
2 that he be credited with serving the entire sentence of incarceration
3 imposed by the court.
4      IT IS SO ORDERED.
5 DATED: November 21, 2008.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9 ddad1.crim
fay.o.012108.wpd

2